# LAW OFFICES OF PETER GUADAGNINO
## A PROFESSIONAL CORPORATION

**PETER GUADAGNINO, ESQ.**
ATTORNEY AND COUNSELOR AT LAW

30 WALL STREET, 8TH FLOOR
NEW YORK, NEW YORK 10005
OFFICE (212) 709-8099
GUADLAW@GMAIL.COM

November 20, 2025

By ECF

The Honorable Ramon E. Reyes, Jr
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** United States v. Nelson Alvarez Criminal Docket No. 25-cr-314-RER-2

Dear Judge Reyes:

    I represent defendant Nelson Alvarez in the above-captioned matter. The purpose of this letter is to respectfully request that Mr. Alvarez be permitted to travel to Puerto Rico from November 26, 2025, to December 4, 2025. If granted permission, he would stay at his father-in-law, Cristobal Mendoza and mother-in-law, Lydia Mendoza's house located at 107 Calle Hostos, Rincon, Puerto Rico 00677.

    Mr. Alvarez was arraigned on October 23, 2025, due to the short period of time since then, Pre-trial services object to this request as there have been no established patterns of compliance yet. The government defers to Pre-trial.

    If Mr. Alvarez is granted permission, he will provide Pre-trial services with his flight itinerary, contact numbers requested, and any other information Pre-trial may require.

Respectfully submitted,

*Peter Guadagnino*

Peter Guadagnino, Esq
Attorney for Nelson Alvarez